IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00337-MEH

WINTERGREEN HOMES-BRETT II, LLC,

    Plaintiff,

v.

UNITED SPECIALTY INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 19, 2016.**

    Defendant's Motion to Stay the Litigation [filed February 18, 2016; docket #7] is **granted in part** as follows.

    Hours before the filing of this Motion, the parties contacted Chambers to request a change of date for the Scheduling Conference currently set for March 22, 2016. The Court had indicated it would allow a change in date; however, in light of this Motion, the Court **vacates** the Scheduling Conference currently set for March 22, 2016, and instead will hold a Status Conference on **March 30, 2016, at 10:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. The parties shall be prepared to discuss the status of the case, including the issues presented in Defendant's Motion [*see* docket #7].

    The Court will not require the parties to conduct the Rule 26(f) conference or present a proposed scheduling order until after the Status Conference.