IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00337-MEH

WINTERGREEN HOMES-BRETT II, LLC,

    Plaintiff,

v.

UNITED SPECIALTY INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2016.**

    Defendant's Unopposed Motion to Lift Stay of Litigation and to Re-Set Scheduling Conference [filed February 19, 2016; docket #16] is **denied as moot** as the Court has already acted on these issues. *See* docket #15. Because this is now the third motion filed regarding this issue in two days, the Court reminds Defendant that it wastes Court resources by not first reviewing the docket and considering the Court's previous actions before filing additional motions. *See, e.g.*, dockets ## 12, 15.