IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00337-MEH

WINTERGREEN HOMES-BRETT II, LLC,

 Plaintiff,

v.

UNITED SPECIALTY INSURANCE COMPANY,

 Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 22, 2016.**

 Defendant's Unopposed Motion for Entry of Stipulated Order Pursuant to Rule 502(d) of the Federal Rules of Evidence [filed March 21, 2016; docket #21] is **granted** with the following modification.  The Court has removed from the parties' proposed order the language indicating that the Motion for Protective Order would be filed as a Level 1 restricted access document.  *See* docket #21-1 at 3.  That language violates D.C. LCivR 7.2(c), which requires a motion to restrict public access be open to public inspection.  With that omission, the parties' Stipulated Order is filed contemporaneously.